

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2024

No. 04-23-01077-CV

Hannah **ROBERTS**,
Appellant

v.

Jason **BURNETT**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 23-0619-CV-E
Honorable Heather H. Wright, Judge Presiding

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Because appellant is indigent, no costs of this appeal are assessed.

We DENY AS MOOT appellee Jason Burnett's motion to dismiss.

It is so **ORDERED** on February 28, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2024.

Tommy Stolhandske,
Clerk of Court